**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Julie Jackson,

        Plaintiff(s),

vs.

Boyd Gaming Corporation,

        Defendant(s).

Case #2:25-cv-01853

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    John A. Yanchunis, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Morgan and Morgan Complex Litigation Group
(firm name)

with offices at 201 N. Franklin Street, 7th Floor,
(street address)

Tampa, Florida, 33602,
(city)  (state)  (zip code)

813-223-5505, jyanchunis@forthepeople.com.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Plaintiff, Julie Jackson to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___7/23/1981___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Florida
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 23, 2025 | 23-cv-01447 | USDC Dist. Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Florida          )
                           )
COUNTY OF  Hillsborough    )

____John A. Yanchunis____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2__ day of __October__, __2025__.

_____Tammy Craig_____
Notary Public or Clerk of Court

TAMMY CRAIG
Commission # HH 714742
Expires September 28, 2029

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Miles N. Clark____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____5510 S. Fort Apache Road, Suite 30____,
(street address)

__Las Vegas__, __Nevada__, __8914807700__,
(city)         (state)           (zip code)

__702-552-2370__, __miles@milesclarklaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Miles N. Clark_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Julie Jackson*
_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Miles N. Clark*
_____
Designated Resident Nevada Counsel's signature

13848                    miles@milesclarklaw.com
Bar number               Email address

APPROVED:

Dated: this __14__ day of ____October____, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

| Court of Admission | Bar No. | Date of Admission | Status |
|---|---|---|---|
| State of Florida | 324681 | 7/23/1981 | Active |
| State of Texas | 22121300 | 05/26/1980 | Active |
| Supreme Court for the United States of America | NA | | Active |
| United States Circuit Court Of Appeals, 2nd Circuit | NA | 3/4/2022 | Active |
| United States Circuit Court Of Appeals, 3rd Circuit | NA | 2/10/2020 | Active |
| United States Circuit Court Of Appeals, 4th Circuit | NA | 12/29/2022 | Active |
| United States Circuit Court Of Appeals, 5th Circuit | NA | 1/6/2011 | Active |
| United States Circuit Court Of Appeals, 9th Circuit | NA | 3/13/2003 | Active |
| United States District Court, District Of Colorado | 1878754 | 8/5/2010 | Active |
| United States District Court, Southern District Of Florida | NA | 4/9/2004 | Active |
| United States District Court, Northern District Of Florida | NA | 6/17/2019 | Active |
| United States District Court, Middle District Of Florida | NA | 12/3/1982 | Active |
| United States District Court, Central District Of Illinois | NA | 5/3/2018 | Active |
| United States District Court, Northern District Of Illinois | NA | 3/20/2007 | Active |
| United States District Court, Eastern District of Michigan | NA | 10/14/2008 | Active |
| United States District Court, Northern District Of Texas | NA | 04/25/2025 | Active |
| United States District Court, Northern District Of Texas | NA | 12/9/2004 | Active |
| United States District Court, Southern District Of Texas | NA | 10/6/1980 | Active |
| United States District Court, Western District Of Texas | NA | 1/20/2010 | Active |
| United States District Court, Eastern District of Wisconsin | NA | 11/03/2000 | Active |
| United States District Court, District of Nebraska | NA | 09/01/2022 | Actice |



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re:  0324681
John Allen Yanchunis
Morgan & Morgan Complex Litigation Group
201 N Franklin St Fl 7
Tampa, FL 33602-5157

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **July 23, 1981**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  13th  day of **October, 2025**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-374867

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 13, 2025

Re: John Allen Yanchunis, State Bar Number 22121300

To Whom It May Concern:

This is to certify that John Allen Yanchunis was licensed to practice law in Texas on May 26, 1980, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/web